NUMBER 13-00-479-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


MARK A. CANTU , Appellant,

v.



COMMISSION FOR LAWYER DISCIPLINE , Appellee.

____________________________________________________________________


On appeal from the 275th District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, MARK A. CANTU , perfected an appeal from a judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-3953-98-E . After the record was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and appellant no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 11th day of October, 2001 .